**Consuella WRIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76699.**

Missouri Court of Appeals, Western District.

June 24, 2014.

Mark A. Grothoff, Columbia, MO, for appellant.

Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Consuella Wright was convicted of robbery in the first degree and armed criminal action in the Circuit Court of Platte County. We affirmed her convictions on direct appeal. Wright subsequently filed a Rule 29.15 motion but it was filed out of time. Because the motion was untimely, the circuit court dismissed it. Wright appeals the dismissal. We affirm. A memorandum explaining our decision has been provided to the parties. Rule 84.16(b).